THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* JOSEPH PIANTO, Appellant.

*Crimes — unlawfully carrying firearm — judgment of conviction affirmed.*

*People* v. *Pianto*, 220 App. Div. 333, affirmed.

(Argued November 29, 1927; decided December 13, 1927.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 28, 1927, which affirmed a judgment of the Court of Special Sessions of the city of New York convicting the defendant of unlawfully carrying a firearm in violation of section 1897 of the Penal Law.

*Charles B. McLaughlin* and *Donald F. Ayres* for appellant.

*Joab H. Banton, District Attorney (Archibald Firestone* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., CRANE, ANDREWS, LEHMAN and O'BRIEN, JJ. Dissenting: POUND and KELLOGG, JJ.